UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRELL COOKS, | ) | No. CV 13-811-AGR |
| Petitioner, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

On December 5, 2013, Petitioner filed a First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

Respondent filed a motion to dismiss the petition on the ground that the entire petition is unexhausted. Petitioner filed an opposition.

On January 6, 2015, this court issued an opinion and order. This court found that the petition was mixed in that Ground Six was exhausted but Grounds One through Five were unexhausted. The opinion and order presented Petitioner with three options.

On March 9, 2015, Petitioner filed a Notice of Dismissal to dismiss the petition without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). (Dkt. No. 45.) This court again cautions Petitioner that any future federal habeas petition will be subject to the one-year statute of limitations in 28 U.S.C. § 2244(d)(1). The one-year period starts running on the latest of either the date when a conviction became final under 28 U.S.C. § 2244(d)(1)(A) or on a

1  date set in § 2244(d)(1)(B)-(D). This court expresses no view as to whether a future habeas
2  petition will be timely.
3      Pursuant to Petitioner's Notice of Dismissal,
4      IT IS HEREBY ORDERED that judgment be entered dismissing the First Amended
5  Petition without prejudice.
6      IT IS FURTHER ORDERED that Respondent's motion to dismiss the petition is denied
7  as moot.

9  DATED: March 11, 2015

*/s/ Alicia G. Rosenberg*

    ALICIA G. ROSENBERG
    United States Magistrate Judge