UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERREL COOKS,<br><br>            Petitioner,<br><br>     v.<br><br>JEFFREY A. BEARD, Secretary of CDCR,<br><br>            Respondent. | NO.  CV 13-811-AGR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed without prejudice.

DATED:  March 11, 2015

_____
ALICIA G. ROSENBERG
United States Magistrate Judge