UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL COOKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY A. BEARD, Secretary of CDCR,<br><br>　　　　Respondent. | NO. CV 13-811-AGR<br>NO. CV 15-5419-AGR<br>CONSOLIDATED ACTIONS<br><br>**JUDGMENT** |
| TERREL COOKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. SOTO, Warden,<br><br>　　　　Respondent. | |

///
///
///
///

Pursuant to the Opinion and Order on Respondent's Motion to Dismiss Second Amended Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Second Amended Petition in Case No. 13-811 and the same Petition in Case No. 15-5419 are denied and dismissed with prejudice.

DATED: August 31, 2016

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge